**No. 10-862. Gregory W. Baran, Petitioner v. Medical Device Technologies, Inc., et al.**

562 U.S. 1271, 131 S. Ct. 1607, 179 L. Ed. 2d 501, 2011 U.S. LEXIS 2048.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 616 F.3d 1309.

**No. 10-867. Carl J. Mayer, Petitioner v. Bill Belichick, et al.**

562 U.S. 1271, 131 S. Ct. 1607, 179 L. Ed. 2d 501, 2011 U.S. LEXIS 2027.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 605 F.3d 223.

**No. 10-870. Marvinell Harlan, et vir, Petitioners v. Department of Health and Human Services, et al.**

562 U.S. 1271, 131 S. Ct. 1626, 179 L. Ed. 2d 501, 2011 U.S. LEXIS 1987.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 359 Fed. Appx. 458.

**No. 10-876. June O. Carlson, Petitioner v. Scott Bukovic, et al.**

562 U.S. 1271, 131 S. Ct. 1609, 179 L. Ed. 2d 501, 2011 U.S. LEXIS 2025.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 621 F.3d 610.

**No. 10-882. Jason Vaughn, et ux., Petitioners v. Benjamin J. Wyrembek.**

562 U.S. 1271, 131 S. Ct. 1610, 179 L. Ed. 2d 501, 2011 U.S. LEXIS 2000.

March 7, 2011. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 126 Ohio St. 3d 249, 933 N.E.2d 245.

**No. 10-893. Michael A. Newdow, Petitioner v. Peter Lefevre, Law Revision Counsel, et al.**

562 U.S. 1271, 131 S. Ct. 1612, 179 L. Ed. 2d 501, 2011 U.S. LEXIS 2033.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 598 F.3d 638.

**No. 10-901. Claudia Seger-Thomschitz, Petitioner v. Museum of Fine Arts, Boston.**

562 U.S. 1271, 131 S. Ct. 1612, 179 L. Ed. 2d 501, 2011 U.S. LEXIS 2037,

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 623 F.3d 1.